THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BREWER, Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied as insufficient on its face. (See *People ex rel. Miles* v. *La Vallee*, 16 A D 2d 710, mot. for lv. to app. den. 11 N Y 2d 647.) Judgment signed and entered. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.